IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| GABRIEL MARQUEZ-GARCIA, and IRAIMA MENDEZ-GARCIA,<br><br>  Plaintiffs<br><br>V<br><br>THOMAS ERIC ROGERS and GAINEY TRANSPORTATION SERVICES, INC.,<br><br>  Defendants | 1:07 CV 363 |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#5) of Kurt M. Rozelsky of the law firm of Leatherwood Walker Todd & Mann, PC, P. O. Box 87, Greenville, SC 29602, (864) 240-6440, to appear as counsel for the defendants in this matter filed on December 5, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Kurt M. Rozelsky is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: December 10, 2007

Dennis L. Howell
United States Magistrate Judge