## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cv363

| | | |
|---|---|---|
| **GABRIEL MARQUEZ-GARCIA; and** **IRAIMA MENDEZ-GARCIA,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **THOMAS ERIC ROGERS; and** **GAINEY TRANSPORTATION** **SERVICES, INC.,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiffs' Motion for Order Pursuant to Rule 7(a). Having considered plaintiffs' motion and reviewed the pleadings, and it appearing that a Reply to the Answer is appropriate under North Carolina law where defendants allege in the Answer contributory negligence, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion for Order Pursuant to Rule 7(a) (#9) is **GRANTED,** and plaintiffs are allowed up to and inclusive of December 21, 2007, to file a Reply to the Answer therein asserting the Doctrine of Last Clear Chance.

Signed: December 14, 2007

Dennis L. Howell
United States Magistrate Judge