# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07 cv 363

| | |
|---|---|
| GABRIEL MARQUEZ-GARCIA, and ) <br> IRAIMA MENDEZ-GARCIA, ) <br> ) <br> **Plaintiffs** ) <br> ) <br> Vs. ) <br> ) <br> THOMAS ERIC ROGERS and ) <br> GAINEY TRANSPORTATION ) <br> SERVICES, INC., ) <br> ) <br> **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the court pursuant to document sent to the court by the plaintiffs and the defendants by cyberclerk entitled "Consent Amended Pretrial Order and Case Management Plan".

On April 24, 2008 the plaintiffs filed a Motion for Extension of Time of various deadlines that had been placed in the Pretrial Order and Case Management Plan (#11) signed and filed by the undersigned on December 18, 2007. Thereafter, counsel informed the court, on April 25, 2008, the parties were in discussions as to proposed revisions of the case management plan. The court then denied the plaintiffs' Motion for Extension of Time (#15) without prejudice as to the filing of a joint motion. On May 8, 2008 the parties presented by cyberclerk the document entitled "Consent Amended Pretrial Order and Case Management Plan".

    **A.**    **Proposed Consent Amended Pretrial Order and Case Management Plan**

The plaintiffs and defendants in this matter did not file a motion seeking any

relief as required by LCvR 7.1.  The requirement of a motion is necessary for the ECF or Electronic Case Filing system to operate efficiently.

Should the parties determine to file a motion seeking an extension of time then the court will promptly consider such a motion.  To assist the parties, the court advises them that this court has received distinct directives from the district court concerning the setting of deadlines and time limits in regard to the preparation of pretrial order and case management plans.  One of the directives is that trial, in any civil matter in the Asheville division, is to be scheduled as near as possible in time to one year after the closing of the pleadings.  The closing of the pleadings in this case occurred when the defendants filed an Answer on November 26, 2007.  The next scheduled session of trials nearest in time to one year from that date would be the regularly scheduled session that would be held on the first term after January 1, 2009.  The undersigned must and will follow the directives of the district court.  In the "Consent Amended Pretrial Order and Case Management Plan", the parties have changed the date of the trial for a period six months later than the date of January 1, 2009, that being the first term after June 1, 2009.  In filing any motions for extension, the parties are advised that this court cannot extend the discovery completion date of August 1, 2008; the motion date of September 1, 2008, nor the trial date of the first session after January 1, 2009.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Pretrial Order and Case Management Plan (#11) filed in this matter by the court on December 18, 2007 is hereby **AFFIRMED** to be the Pretrial Order and Case Management Plan in this matter,

including all time limits as set forth therein.

Signed: May 15, 2008

Dennis L. Howell
United States Magistrate Judge