IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV363

| | |
|---|---|
| GABRIEL MARQUEZ-GARCIA, and IRAMA MENDEZ-GARCIA, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) |
| THOMAS ERIC ROGERS, and GAINEY TRANSPORTATION SERVICES, INC., | ) ) ) |
| Defendants. | ) ) ) |

ORDER STAYING PROCEEDINGS

**THIS MATTER** is before the Court *sua sponte* for an order staying these proceedings due to the pending bankruptcy of the Defendant Gainey Transportation Services, Inc.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending completion of bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Michigan.

The Clerk of Court is directed to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

Signed: November 12, 2008

Lacy H. Thornburg
United States District Judge